UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RAUL FLORES,<br><br>    Petitioner,<br><br>    v.<br><br>DEAN BORDERS,<br><br>    Respondent. | Case No. 1:18-cv-00690-DAD-JDP<br><br>ORDER REQUIRING RESPONSE TO RESPONDENT'S MOTION TO DISMISS<br><br>ECF No. 10 |

Petitioner Jose Raul Flores is proceeding without counsel on a petition for a writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1. Respondent has moved to dismiss the case, arguing that it was filed beyond the one-year statute of limitations in 28 U.S.C. § 2244(d). ECF No. 10. Petitioner has not filed a response to respondent's motion to dismiss.

The court will require petitioner to file a response.

Accordingly,

1. Petitioner must file a response to respondent's motion to dismiss this case (ECF No. 11) within 21 days of the service of this order. Under Local Rule 230(l), failure of the responding party to file a response may result in sanctions.

2. Respondent may file a reply in support of their request within 7 days of the service of petitioner's response.

IT IS SO ORDERED.

Dated: October 11, 2018

_____
UNITED STATES MAGISTRATE JUDGE